# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3925
_____

JOSEPH PATRICK KIRKLAND,

  Appellant,

  v.

PRIME HEALTHCARE SERVICES-
LEHIGH ACRES, LLC D/B/A
LEHIGH REGIONAL MEDICAL
CENTER/AMERICAN CLAIMS
MANAGEMENT, INC.,

  Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jack Adam Weiss, Judge.

Date of Accident:  January 4, 2019.

May 3, 2024

PER CURIAM.

  AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Shannon McLin and Thomas Warren Sculco of Florida Appeals, Orlando, for Appellant.

Bruce D. Burk of Burk Law Firm, PLLC, St. Petersburg, for Appellees.